STATE of Missouri,
Plaintiff/Respondent,

v.

Steven L. WILKERSON,
Defendant/Appellant.

No. ED 93689.

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 7, 2010.

Shaun J. Mackelprang, John W. Grantham, Jefferson City, MO, for Respondent.

Craig A. Johnston, Columbia, MO, for Appellant.

Before SHERRI B. SULLIVAN, P.J., CLIFFORD H. AHRENS, J., and LAWRENCE E. MOONEY, J.

*ORDER*

PER CURIAM.

Steven L. Wilkerson (Appellant) appeals from the trial court's judgment convicting him of second-degree domestic assault and felonious restraint. We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court did not err in denying Appellant's motion for judgment of acquittal because there was sufficient evidence from which reasonable persons could have found him guilty of the charged offense. *State v. Edwards,* 280 S.W.3d 184, 189 (Mo.App. E.D.2009). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b).

Jamie R. KAMPE, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 70644.

Missouri Court of Appeals,
Western District.

Sept. 7, 2010.

Matthew Ward, Columbia, MO, for appellant.

Shaun J. Mackelprang and Daniel N. McPherson, Jefferson City, MO, for respondent.

Before Division Three: JAMES M. SMART, JR., Presiding Judge, JOSEPH M. ELLIS, and GARY D. WITT, JJ.

**ORDER**

PER CURIAM:

Jamie Kampe appeals the denial of his Rule 24.035 post-conviction motion. He says his plea counsel failed to litigate a motion to suppress that would have been meritorious and resulted in all incriminating evidence being suppressed. The judgment is affirmed. Rule 84.16(b).